Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: tanya@moorelawfirm.com

Attorneys for Plaintiff
Robert Kalani

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI, <br><br> Plaintiff, <br><br> vs. <br><br> FRY'S ELECTRONICS, INC; WARDENCLYFFE, L.P., A CALIFORNIA LIMITED PARTNERSHIP; QUALITY REAL ESTATE MANAGEMENT, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, <br><br> Defendants. | No. 3:12-cv-04252-JSW <br><br> **JOINT REQUEST FOR ADMINISTRATIVE RELIEF TO CONTINUE LAST DATE TO CONDUCT MEDIATION UNDER GENERAL ORDER 56; [PROPOSED] ORDER** |

Plaintiff, Robert Kalani ("Plaintiff"), and Defendants, Fry's Electronics, Inc., Wardenclyffe, L.P., and Quality Real Estate Management, LLC (collectively "Defendants," and together with Plaintiff, "the Parties"), hereby request this Court for administrative relief under Local Rule 7-11 and General Order 56 to continue the last date for mediation.

This case seeks, in part, relief pursuant to Title III of the Americans with Disabilities Act ("ADA"), and is therefore controlled in this Court by the procedures established by General Order 56. Under General Order 56 and the scheduling order in this action, a joint

JOINT REQUEST FOR ADMINISTRATIVE RELIEF TO CONTINUE LAST DATE TO CONDUCT MEDIATION UNDER GENERAL ORDER 56; [PROPOSED] ORDER

Page 1

1 site inspection of the subject property has taken place, the Parties have met and conferred in
2 person, a Notice of Need for Mediation was filed, a mediator assigned, and the last date to
3 conduct the mediation is May 20, 2013.
4       On March 13, 2013, mediator Carol Millie was appointed in this matter (Doc. 17).
5 Ms. Millie contacted the Parties on April 12, 2013 to set a date for mediation.  The Parties
6 and Ms. Millie have been attempting to coordinate their calendars since then, and the first
7 available date for all Parties for the mediation is June 19, 2013 at 10:00 a.m., which date
8 exceeds the last date by which mediation must be conducted.
9       Therefore, the Parties request that the Court order that the mediation take place on
10 June 19, 2013 at 10:00 a.m., and that each and every party to the action have a representative
11 present at the mediation who has final authority to settle and who is knowledgeable about the
12 facts of the case.

14 Dated:  May 14, 2013                    MOORE LAW FIRM, P.C.

16                                         */s/ Tanya E. Moore*
17                                         Tanya E. Moore
                                           Attorneys for Plaintiff,
18                                         Robert Kalani

19 Dated:  May 16, 2013                    BORTON PETRINI, LLP

21                                         */s/ Samuel L. Phillips*
22                                         Samuel L. Phillips
                                           Attorneys for Defendants
23                                         Fry's Electronics, Inc., Wardenclyffe, L.P.,
                                           and Quality Real Estate Management, LLC

JOINT REQUEST FOR ADMINISTRATIVE RELIEF TO CONTINUE LAST DATE TO CONDUCT
MEDIATION UNDER GENERAL ORDER 56; [~~PROPOSED~~] ORDER

1 **ORDER**

2 The Court having considered the request of the Parties for administrative relief under
3 General Order 56, and good cause appearing,

4 **IT IS HEREBY ORDERED** as follows:

5     1. Mediation shall take place on June 19, 2013 at 10:00 a.m.; and

6     2. Each and every party to the action shall have a representative present at the
7 mediation who has final authority to settle and who is knowledgeable about the facts of the
8 case.

10 **IT IS SO ORDERED.**

12 Dated: May 17, 2013

                                                                             *Jeffrey S. White*
13                                                                          United States District Judge

JOINT REQUEST FOR ADMINISTRATIVE RELIEF TO CONTINUE LAST DATE TO CONDUCT
MEDIATION UNDER GENERAL ORDER 56; [~~PROPOSED~~] ORDER

Page 3