1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mail:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Robert Kalani

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11  ROBERT KALANI,                    )  No.  3:12-cv-04252-JSW
                                      )
12            Plaintiff,              )
                                      )  **JOINT REQUEST FOR**
13      vs.                           )  **ADMINISTRATIVE RELIEF TO**
                                      )  **CONTINUE LAST DATE TO CONDUCT**
14  FRY'S ELECTRONICS, INC;           )  **MEDIATION UNDER GENERAL ORDER**
    WARDENCLYFFE, L.P., A CALIFORNIA  )  **56; [PROPOSED] ORDER**
15  LIMITED PARTNERSHIP; QUALITY REAL )
    ESTATE MANAGEMENT, LLC, A         )
16  CALIFORNIA LIMITED LIABILITY      )
    COMPANY,                          )
17                                    )
                                      )
18            Defendants.             )
                                      )
19                                    )
                                      )
20                                    )
                                      )
21  _____ )

22        Plaintiff, Robert Kalani ("Plaintiff"), and Defendants, Fry's Electronics, Inc.,

23  Wardenclyffe, L.P., and Quality Real Estate Management, LLC (collectively "Defendants,"

24  and together with Plaintiff, "the Parties"), hereby request this Court for administrative relief

25  under Local Rule 7-11 and General Order 56 to continue the last date for mediation.

26        This case seeks, in part, relief pursuant to Title III of the Americans with Disabilities

27  Act ("ADA"), and is therefore controlled in this Court by the procedures established by

28  General Order 56.  Under General Order 56 and the scheduling order in this action, a joint

JOINT REQUEST FOR ADMINISTRATIVE RELIEF TO CONTINUE LAST DATE TO CONDUCT
MEDIATION UNDER GENERAL ORDER 56; [PROPOSED] ORDER

Page 1

site inspection of the subject property has taken place, the Parties have met and conferred in person, a Notice of Need for Mediation was filed, a mediator assigned, and the last date to conduct the mediation is May 20, 2013.

On March 13, 2013, mediator Carol Millie was appointed in this matter (Doc. 17). Ms. Millie contacted the Parties on April 12, 2013 to set a date for mediation. The Parties and Ms. Millie have been attempting to coordinate their calendars since then, and the first available date for all Parties for the mediation is June 19, 2013 at 10:00 a.m., which date exceeds the last date by which mediation must be conducted.

Therefore, the Parties request that the Court order that the mediation take place on June 19, 2013 at 10:00 a.m., and that each and every party to the action have a representative present at the mediation who has final authority to settle and who is knowledgeable about the facts of the case.

Dated: May 14, 2013                          MOORE LAW FIRM, P.C.


                                             _/s/ Tanya E. Moore_____
                                             Tanya E. Moore
                                             Attorneys for Plaintiff,
                                             Robert Kalani

Dated: May 16, 2013                          BORTON PETRINI, LLP


                                             _/s/ Samuel L. Phillips_____
                                             Samuel L. Phillips
                                             Attorneys for Defendants
                                             Fry's Electronics, Inc., Wardenclyffe, L.P.,
                                             and Quality Real Estate Management, LLC

JOINT REQUEST FOR ADMINISTRATIVE RELIEF TO CONTINUE LAST DATE TO CONDUCT MEDIATION UNDER GENERAL ORDER 56; [PROPOSED] ORDER

Page 2

**ORDER**

The Court having considered the request of the Parties for administrative relief under General Order 56, and good cause appearing,

**IT IS HEREBY ORDERED** as follows:

1.     Mediation shall take place on June 19, 2013 at 10:00 a.m.; and

2.     Each and every party to the action shall have a representative present at the mediation who has final authority to settle and who is knowledgeable about the facts of the case.


**IT IS SO ORDERED.**


Dated:_____May 17, 2013_____          _____
                                       United States District Judge

JOINT REQUEST FOR ADMINISTRATIVE RELIEF TO CONTINUE LAST DATE TO CONDUCT
MEDIATION UNDER GENERAL ORDER 56; [~~PROPOSED~~] ORDER

Page 3