Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: tanya@moorelawfirm.com

Attorneys for Plaintiff
Robert Kalani

Samuel L. Phillips, SBN 127793
BORTON PETRINI, LLP
95 South Market Street, Suite 400
San Jose, California 95113-2301
Telephone (408) 535-0870
Facsimile (408) 535-0878
Email: sphillips@bortonpetrini.com

Attorneys for Defendants Fry's Electronics, Inc.;
Wardencliffe, L.P., a California Limited Partnership;
and Quality Real Estate Management, a California Limited Liability Company

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT KALANI,<br><br>           Plaintiff,<br><br>      vs.<br><br>FRY'S ELECTRONICS, INC., et al.,<br><br>           Defendants. | Case No. 3:12-cv-04252-WHO<br><br>**JOINT REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE; ORDER**<br><br>Date:   August 22, 2013<br>Time:   9:00 a.m.<br>Ctrm:   12<br>Hon. William H. Orrick, presiding |

WHEREAS, a Case Management Conference in this matter is set for August 22, 2013 at 9:00 a.m. before the Honorable William H. Orrick;

WHEREAS, the parties wish to avoid the expenditure of significant fees and costs incident to their in-person attendance at the Case Management Conference. Counsel for both

JOINT REQUEST TO APPEAR BY TELEPHONE AT SCHEDULING CONFERENCE; ORDER

Page 1

parties are located in San Jose, approximately one hour drive to the Court, and would incur significant fees and costs to travel to the Court to attend in person;

WHEREAS, Plaintiff has agreed to make arrangements for and initiate a conference call between all parties and the Court and will do so upon provision of the telephone number at which the Court may be reached at the time of the Case Management Conference;

NOW, THEREFORE, request is hereby jointly made that counsel for all parties be permitted to appear by telephone at the Case Management Conference.

Respectfully submitted,

Dated: August 8, 2013                         MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff
Robert Kalani


 BORTON PETRINI, LLP


*/s/ Samuel L. Phillips*
Samuel L. Phillips
Attorneys for Defendants Fry's Electronics, Inc.;
Wardencliffe, L.P., a California Limited
Partnership; and Quality Real Estate Management,
a California Limited Liability Company

**ORDER**

Request having been made by all parties to appear telephonically at the Case Management Conference and good cause appearing;

IT IS HEREBY ORDERED that counsel for all parties shall appear telephonically at the Case Management Conference. Plaintiff's counsel shall make arrangements for the telephonic appearance by contacting the Courtroom Deputy, Jean Davis at (415) 522-2077.

Dated: August 12, 2013



United States District Court Judge