1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile  (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Robert Kalani
6

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11  ROBERT KALANI,                         ) No.  3:12-cv-04252-WHO
                                           )
12             Plaintiff,                  ) **STIPULATION GRANTING PLAINTIFF**
                                           ) **LEAVE TO FILE FIRST AMENDED**
13         vs.                             ) **COMPLAINT; ORDER**
                                           )
14                                         )
    FRY'S ELECTRONICS, INC., et al.,       )
15                                         )
               Defendants.                 )
16                                         )
                                           )
17                                         )
                                           )
18                                         )

19

20      **IT IS HEREBY STIPULATED** by and between Plaintiff, Robert Kalani ("Plaintiff"),

21  and Defendants, Fry's Electronics, Inc.; Wardenclyffe, L.P., a California limited partnership;

22  and Quality Real Estate Management, LLC, a California limited liability company (collectively

23  "Defendants," and together with Plaintiff, the "Parties"), the parties hereto, through their

24  respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of

25  which is attached hereto as Exhibit "A."

26      **IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint

27  within five (5) calendar days of the Court's Order permitting such filing, and that Defendants'

28  response thereto shall be filed within fourteen (14) days after the First Amended Complaint is

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER

filed.

**IT IS SO STIPULATED**.

Dated:  September 11, 2013                    MOORE LAW FIRM, P.C.

                                                                                /s/ Tanya E. Moore
                                                                                Tanya E. Moore
                                                                                Attorneys for Plaintiff
                                                                                Robert Kalani

Dated:  September 11, 2013                    BORTON PETRINI, LLP

                                                                               /s/ Samuel L. Phillips
                                                                                Samuel L. Phillips
                                                                                Attorneys for Defendants
                                                                                Fry's Electronics, Inc.; Wardenclyffe, L.P., a
                                                                                California limited partnership; and Quality Real
                                                                                Estate Management, LLC, a California limited
                                                                                liability company

## ORDER

     The Parties having so stipulated and good cause appearing,

     **IT IS HEREBY ORDERED** that Plaintiff file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

     **IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO ORDERED**.

Dated: September 13, 2013                    _____
                                                                                United States District Judge