1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile  (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Robert Kalani
6

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11 ROBERT KALANI,                        ) No.  3:12-cv-04252-WHO
                                         )
12         Plaintiff,                    )
                                         ) **STIPULATION GRANTING PLAINTIFF**
13     vs.                               ) **LEAVE TO FILE FIRST AMENDED**
                                         ) **COMPLAINT; ORDER**
14                                       )
   FRY'S ELECTRONICS, INC., et al.,      )
15                                       )
           Defendants.                   )
16                                       )
                                         )
17                                       )
                                         )
18                                       )

19

20         **IT IS HEREBY STIPULATED** by and between Plaintiff, Robert Kalani ("Plaintiff"),

21 and Defendants, Fry's Electronics, Inc.; Wardenclyffe, L.P., a California limited partnership;

22 and Quality Real Estate Management, LLC, a California limited liability company (collectively

23 "Defendants," and together with Plaintiff, the "Parties"), the parties hereto, through their

24 respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of

25 which is attached hereto as Exhibit "A."

26         **IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint

27 within five (5) calendar days of the Court's Order permitting such filing, and that Defendants'

28 response thereto shall be filed within fourteen (14) days after the First Amended Complaint is

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER

1 filed.

2 **IT IS SO STIPULATED**.

3 Dated:  September 11, 2013                                MOORE LAW FIRM, P.C.

5  */s/ Tanya E. Moore*
Tanya E. Moore
6 Attorneys for Plaintiff
Robert Kalani

8 Dated:  September 11, 2013                                BORTON PETRINI, LLP

10  */s/ Samuel L. Phillips*
Samuel L. Phillips
11 Attorneys for Defendants
Fry's Electronics, Inc.; Wardenclyffe, L.P., a
12 California limited partnership; and Quality Real
Estate Management, LLC, a California limited
13 liability company

## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO ORDERED**.

Dated: September 13, 2013

United States District Judge

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER